JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAVENSEVEN GMBH, an Austrian limited liability company,<br><br>Petitioner,<br><br>vs.<br><br>LOVE TUNER, INC., a California corporation,<br><br>Respondent. | CASE NO. 2:22-cv-03464-MEMF-SK<br><br>Honorable Maame Ewusi−Mensah Frimpong<br><br>**FINAL JUDGMENT**<br><br>[Fed. R. Civ. P. 58(d)] |
| LOVE TUNER, INC., a California corporation<br><br>Cross Plaintiff/ Cross Petitioner<br><br>vs.<br><br>DANIEL GRENZNER, an individual; HEAVENSEVEN, GMBH, an Austrian limited liability company; and HEAVENSEVEN SWISS AG, a Swiss limited liability company<br><br>Cross Defendant/ Cross Respondents | |

Pursuant to this Court's August 17, 2022 Order granting Petitioner HeavenSeven GMBH's Petition to Confirm Arbitration Award (Dkt. No. 23), and for good cause shown, pursuant to Fed. R. Civ. P. 58, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The March 9, 2022 Final Arbitration Award of Arbitrator Gregory B. Wood, Esq. (the "Award") is confirmed in its entirety.

2. In conformity with the Award, judgment is hereby entered in favor of Petitioner HeavenSeven GMBH ("HeavenSeven") and against Respondent Love Tuner, Inc. ("Love Tuner") in the total amount of $118,802.50.

3. Love Tuner shall pay the total amount of $118,802.50 to HeavenSeven within thirty (30) days of entry of this Final Judgment. In accordance with 28 U.S.C. § 1961, in the event of a default in payment, interest at the rate of 3.48% per annum shall accrue thereon from the date of default to the date of payment.[1]

**IT IS SO ORDERED.**

Dated: September 16, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

---

[1] *See* "Current Applicable Rates," Administrative Office of the U.S. Courts, https://www.uscourts.gov/services-forms/fees/post-judgment-interest-rate (last visited Sep. 16, 2022) ("Under each of the above statutes [including 28 U.S.C. § 1961] the rate of interest used in calculating the amount of post judgment interest is the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System. . . . . Additionally, as of October 11, 2016, the Board no longer publishes the H.15 [the Federal Reserve Board Selected Interest Rates statistical release] in PDF format or publish weekly and monthly averages directly on the H.15. Weekly and monthly averages continue to be available through the Board's Data Download Program."); "Data Download Program," Board of Governors of the Federal Reserve System, https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H.15 (last visited Sep. 16, 2022) (applicable data pulled for the week of September 9, 2022).